UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br><br>THE HOME DEPOT, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 8:20-cv-02127-FLA (DFMx)<br><br>**JUDGMENT** |

## **JUDGMENT**

On March 27, 2024, the court entered an Order (Dkt. 133) with legal conclusions and factual findings, granting Defendants Graco Inc. and The Home Depot, Inc.'s Motion for Summary Judgment (Dkt. 53) dismissing Plaintiff Michael Fox's claims with prejudice.  Pursuant to Fed. R. Civ. P. 58, the court hereby enters Judgment in favor of Defendants and against Plaintiff Michael Fox.

The Clerk shall close the action administratively.

IT IS SO ORDERED.

Dated: April 9, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge